IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS WARREN, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 14-cv-6249 |
| | : | |
| LENORA KING, et. al., | : | |
| | : | |
| Defendants. | : | |
| | : | |

**ORDER**

    AND NOW, this 27th day of April, 2016, upon consideration of Defendants' Motion for Summary Judgment (Doc. No. 45), Plaintiff's Motion in Opposition thereto (Doc. No. 53), Plaintiff's Cross Motion for Partial Summary Judgment (Doc. No. 52), and Defendants Response in Opposition thereto (Doc. No. 54), it is hereby ORDERED that the Defendants' Motion is DENIED in part and GRANTED in part as follows:

    1. On the issue of whether Mr. Warren can claim compensatory damages for any of his claims, we GRANT summary judgment to the Defendants.

    2. On all other issues, Summary Judgment for the Defendants is DENIED.

    It is further ORDERED that the Plaintiff's Motion for Summary Judgment is DENIED.

    The issues on which the Court has denied summary judgment are left for resolution at trial.

```
                              BY THE COURT:


                              S/J. Curtis Joyner
                              J. CURTIS JOYNER,    J.
```